IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-M-33

RUSLER PRODUCE, INC.,

        Plaintiff,

v.

LOCKHART SEEDS, INC., and
SEEDS BY DESIGN, INC.,

        Defendant.

## ORDER OF DISMISSAL

This matter having come before the Court on plaintiff's Unopposed Motion for Dismissal with Prejudice, filed on July 26, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: July 26, 2005

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge